18 P.3d 1230

Stephen SCHMITZ et ux

v.

Daniel ASTON et ux

No. CV–00–0164–PR.

Supreme Court of Arizona.

Jan. 9, 2001.

The following action was taken by the Supreme Court of the State of Arizona on January 09, 2001, in regard to the above-referenced cause:

ORDERED: Petition for Review by Supreme Court = DENIED.

FURTHER ORDERED: Stephen and Sharon Schmitz' Cross–Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.